UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                                    \*
In Re:  John Richard Mitchell                     \*      Case No.: 14-12476-BAH
        Cheryl Anne Mitchell                      \*      Chapter 13
                        Debtor                    \*
                                                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT OF TIM LEGER OF CAMERON REAL ESTATE

I, Tim Leger do hereby depose and say as follows:

1. I am a Licensed Real Estate Broker with a business address of:

    Cameron Real Estate
    20 Del Carmine St.
    Wakefield, MA 01880

2. I have been a practicing Real Estate Broker for many years and have sold a substantial number of properties in New Hampshire.

3. To the best of my knowledge, information and belief I do not have any connection with, nor am I related to any attorney, creditor, debtor, or any party to the proceedings.

4. I do not hold any interest adverse to the Debtors or their estate.  As of the date on which the Debtor filed their petition for relief under Chapter 13 of the Bankruptcy Code on December 31, 2014, the Debtors, John Richard and Cheryl Anne Mitchell had never utilized my services.

5. That I am a disinterested party as that term is defined in 11 U.S.C.A. §101(14).

6. That I agreed not to share with any other person (other than the members and employees of the firm) the compensation to be paid for the services rendered in the above-captioned matter, except as may be agreed in any relevant Co-Brokerage Agreements as are customary in the industry.

7. I will provide the following necessary services for the Debtor:

    a). Advise the Debtor as to a Reasonable Market Price suitable for listing the Real Estate.

    b). Prepare, List and Advertise the Real Estate for sale.

    c). Assist the Debtor in obtaining a Fair Market Price for the Real Estate.

Signed under the pains and penalties of perjury this 28th day of August, 2018.

/s/Timothy Leger
Timothy Leger

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

Then appeared before me, the undersigned officer, the individual known or satisfactorily proven to be Tim Leger, who took oath and swore or affirmed that the herein contained information is true and correct to the best of his knowledge, information and belief.

Dated: August 28, 2018

/s/Amanda L. Starry
Notary Public
My Commission expires 2/7/2023